**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Marilou Cayabyab | Case No.: 10–61039 ASW 13 |
| Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is given** the debtor(s) having failed to comply with this court's order filed on 10/26/2010 , it is ordered that this case is hereby **dismissed**.

Dated: 11/16/10

By the Court:

Arthur S. Weissbrodt
United States Bankruptcy Judge